UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC., and COACH SERVICES, INC.,

    Plaintiffs,

v.                                  Case No. 11-11689

LIVERNOIS LODGE FUEL, INC., d/b/a Sunoco
Gas Station, 15464 Livernois, Detroit, MI,
FOUAD AJROUCHE, ATTA AJROUCHE,
SUNOCO GAS STATION, and UNKNOWN
DEFENDANTS 1-10 (JOHN DOES)

    Defendants.
_____/

**ORDER OF DISMISSAL**

Plaintiffs' counsel has notified the court that the parties have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **July 31, 2012**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit substitute, stipulated order of dismissal or judgment by **July 31, 2012**.

After **July 31, 2012**, in the absence of any further order of the court or filing by

the parties, this dismissal will be with prejudice.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: June 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 26, 2012, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522